# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:                                          §          Case No. 11 - 37815

                                                §
                                                §
                                                §
                                                §
          Debtor(s).                            §

### Order for Payment of Unclaimed Funds

Upon the application of ___Juan R. Amell_____ ,

seeking payment of $ _15,680.74_ representing  funds previously unclaimed by

___Juan R. Amell_____

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that ___Juan R. Amell_____ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ _15,680.74_ to:

___Juan R. Amell_____

Signed this ___day of_____, _____.

_____
United States Bankruptcy Judge